UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

KIMBERLY DAWN WILLIAMSON          CASE NUMBER:   06-30028
SSN: xxx-xx-6008                  CHAPTER 13
Debtor

---

**NOTICE TO CIRCLE CITY RENTAL THAT $4.66 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Circle City Rental, creditor herein, and deposits $4.66 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Circle City Rental, was:

   239 E. Jackson Blvd.
   Elkhart, IN 46516

2. That the creditor did not cash the Trustee's disbursement check number 651935 dated October 1, 2009, in the amount of $4.66, and it has been voided.

3. That this case was dismissed August 10, 2009 and is closed.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:  July 19, 2010                    /s/ Debra L. Miller,
                                         Debra L. Miller, Trustee
                                         P.O. Box 11550
                                         South Bend, IN 46634
                                         (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    July 19, 2010

By U.S. Mail postage prepaid
Debtor: Kimberly Dawn Williamson, 58371 White Temple Road, Vandalia, MI 49095
Creditor:  Circle City Rental, 239 E. Jackson Blvd., Elkhart, IN 46516

By electronic mail via CM/ECF:
Debtor's Attorney:  Loraine Troyer
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

                                                          /s/ Harriette M. King
                                                          Harriette M. King